**STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
James F. Holtz, Esq.
Nevada Bar No. 8119
Scott J. Ingold, Esq.
Nevada Bar No. 11818
1120 Town Center Drive, Suite 220
Las Vegas, Nevada  89144
Telephone:     (702) 304-1803
Facsimile:      (702) 304-1822
jholtz@stutzartiano.com

Attorneys for Defendant WALGREEN CO.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANNA BUDUZYAN,<br><br>             Plaintiff,<br><br>v.<br><br>WALGREEN CO., and DOES I through X,<br><br>             Defendants. | Case No. 2:11-cv-01102-PMP -GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

| Dated this 4th day of August, 2011 | Dated this 4th day of August, 2011 |
|---|---|
| | STUTZ ARTIANO SHINOFF & HOLTZ<br>A Professional Corporation |
| /s/ Paul M. Gaudet<br>By:_____<br>  Paul M. Gaudet, Esq.<br>  Nevada Bar No.4612<br>  715 South Fourth Street<br>  Las Vegas, NV  89101<br>  Tel/Fax: (702) 385-7475<br>  pmglawyer@netscape.net<br>  *Attorneys for Plaintiff* | /s/ James F. Holtz<br>By:_____<br>  James F. Holtz, Esq.<br>  Nevada Bar No. 8119<br>  Scott J. Ingold, Esq.<br>  Nevada Bar No. 11818<br>  1120 Town Center Drive, Suite 220<br>  Las Vegas, Nevada  89144<br>  Telephone:     (702) 304-1803<br>  Facsimile:      (702) 304-1822<br>  *Attorneys for Defendant WALGREEN CO.* |

1 **O R D E R**

2  Upon the stipulation of the parties entered into above,

3  IT IS HEREBY ORDERED that the above-entitled matter against Defendants is hereby

4 dismissed with prejudice, with each party to bear their own costs and attorney's fees.

5 DATED this __16th__ day of __August__, 2011.

6

7 _____
UNITED STATES DISTRICT COURT JUDGE

8

9

10 /s/ Paul M. Gaudet
_____
11 Paul M. Gaudet, Esq.
Nevada Bar No.4612
12 715 South Fourth Street
Las Vegas, NV  89101
13 Tel/Fax: (702) 385-7475
pmglawyer@netscape.net
14 *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

G:\DATA\1329\59\PL\S0062159.WPD

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE